No. 192. KIMLER *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 193. SAMMAN *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Knox County, Illinois, denied.

No. 194. WITT *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois; and

No. 195. WITT *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois. October 14, 1946. Denied.

No. 196. MILLS *v.* RAGEN, WARDEN; and

No. 197. EVANS *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 198. WROBLEWSKI *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 199. RISTICH *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 200. RISTICH *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois; and

No. 201. RISTICH *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois. October 14, 1946. Denied.

No. 202. BARONIA *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois; and

No. 203. BARONIA *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois. October 14, 1946. Denied.

No. 204. GRACROS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 205. DE VIERA *v.* NIERSTHEIMER, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Sangamon County, Illinois, denied.

No. 213. KERN *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 214. PISKORZ *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 215. MARTIN *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.